No. 142. ESTATE OF HAUPTFUHRER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari

denied. *Henry S. Drinker* and *Frederick E. S. Morrison* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Harry Marselli* for respondent.

